# Court of Appeals
# of the State of Georgia

ATLANTA,  January 07, 2019

*The Court of Appeals hereby passes the following order:*

## A19A1043. TRAVARIS HARDY v. THE STATE.

The Appellant in the above-styled case has filed a Motion To Transfer Case To Supreme Court. Pursuant to the Georgia Constitution of 1983, Art. VI, Section VI, Par. III (8), said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/07/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*